# EXHIBIT D

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**
**IN AND FOR BREVARD COUNTY, FLORIDA**

CASE NO.: 05-2026-CA-031648-XXCA-BC

DAVID TOM,

Plaintiff,

-vs-

PREMIUM MERCHANT FUNDING ONE, LLC,

Defendant.

_______________________________________/

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Premium Merchant Funding One, LLC, has this date filed its Notice of Removal, a copy of which is attached hereto as Exhibit 1, in the Office of the Clerk of the United States District Court, Middle District of Florida.

Dated: July 6, 2026

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Jenny N. Perkins*
Jenny N. Perkins, Esq.
Florida Bar No. 77570
1735 Market Street, 51st Fl
Philadelphia, PA 19103-7599
Telephone: (215) 864-8378
Facsimile: (215) 864-8999
perkinsj@ballardspahr.com

*Attorneys for Defendant, Premium Merchant Funding One, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 6, 2026, a true and correct copy of the foregoing Notice of Removal and all exhibits thereto was filed electronically with the Clerk of Court through the Florida Court's E-Filing Portal. I further certify that the foregoing document is being served on this day on all counsel of record, via transmission of Notice of Electronic Filing by the E-Filing portal.

*/s/ Jenny N. Perkins*
Jenny N. Perkins